**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 11-30024 |
| Plaintiff - Appellee, | D.C. No. 4:10-cr-00086-SEH |
| v. | |
| CONRAD JOSEPH OLD HORN, Jr., | MEMORANDUM* |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Montana
Sam E. Haddon, District Judge, Presiding

Submitted October 25, 2011**

Before: TROTT, GOULD, and RAWLINSON, Circuit Judges.

Conrad Joseph Old Horn, Jr., appeals from the 51-month sentence imposed

following his guilty-plea conviction for assault resulting in serious bodily injury, in

violation of 18 U.S.C. §§ 1153, 113(a)(6). We have jurisdiction under 28 U.S.C.

§ 1291, and we affirm.

---

\* This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

\*\* The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

Old Horn contends that the district court erred by refusing to grant him a two-level reduction for acceptance of responsibility. In light of the record before the district court, there was no clear error. *See United States v. Hopper*, 27 F.3d 378, 381-82 (9th Cir. 1994).

**AFFIRMED.**